IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00123-KDB-DCK

| | |
|---|---|
| SUSAN LEE WEBBER,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF MOORESVILLE AND TOWN OF MOORESVILLE POLICE DEPARTMENT,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendant Town of Mooresville's (Doc. No. 32) and Defendant Town of Mooresville Police Department's (Doc. No. 34) Motions to Dismiss, and the Memorandum and Recommendation ("M&R") of the Honorable Magistrate Judge David Keesler (Doc. No. 43), which recommends that the Court deny the Motion to Dismiss as to Defendant Town of Mooresville, and grant the Motion to Dismiss as to Defendant Town of Mooresville Police Department. No party has filed an objection to the M&R, and the time for doing so has expired. Fed. R. Civ. P. 72(b)(2).

## I. BACKGROUND

There has been no objection to the Magistrate Judge's statement of the factual and procedural background of this case. Therefore, the Court adopts the facts as set forth in the M&R. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985) (explaining the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge to which no objections have been raised).

1

## II. STANDARD OF REVIEW

A district court may designate a magistrate judge to "submit to a judge of the court proposed findings of fact and recommendations for the disposition" of dispositive pretrial matters, including motions to dismiss. 28 U.S.C. § 636(b)(1). Any party may object to the magistrate judge's proposed findings and recommendations, and the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). However, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" and need not give any explanation for adopting the M&R. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005); *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). After reviewing the record, the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

## III. DISCUSSION

Having carefully reviewed the Magistrate Judge's M&R, the relevant portions of the record and applicable legal authority, this Court is satisfied that there is no clear error as to the M&R, to which no objection was made. *Diamond*, 416 F.3d at 315. Accordingly, this Court finds that it should adopt the findings and recommendations set forth in the M&R as its own and the Motion to Dismiss will be denied as to Defendant Town of Mooresville and granted as to Defendant Town of Mooresville Police Department.

2

Case 5:24-cv-00123-KDB-DCK    Document 44    Filed 08/04/25    Page 2 of 3

## IV. ORDER

**NOW THEREFORE IT IS ORDERED THAT:**

1. The Magistrate Judge's M&R (Doc. No. 43) is **ADOPTED**;

2. Defendant Town of Mooresville's Motion to Dismiss (Doc. No. 32) is **DENIED**;

3. Defendant Town of Mooresville Police Department's Motion to Dismiss (Doc. No. 34) is **GRANTED**; and

4. This case shall **proceed toward a resolution of the merits** of Plaintiff's claims against the remaining Defendant in the absence of a voluntary resolution of the dispute among the parties.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: August 4, 2025

Kenneth D. Bell
United States District Judge